A*k*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | **1:08CR 100** |
| v. | : | **INFORMATION** |
| | : | 26 U.S.C. § 7201 |
| | : | **SPIEGEL** |
| VITALI POPKOV | : | |
| | : | S.J. Spiegel |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

The United States Attorney charges:

That during the period January 2004 through December 2007, the defendant, VITALI POPKOV, a resident of Morrow, Ohio, who was the sole owner of Mirage Cleaning Services, Inc., formerly US Cleaning, Inc., a C corporation; in the Southern District of Ohio and elsewhere, the defendant, VITALI POPKOV, did willfully attempt to evade and defeat the employment taxes (federal income tax withholdings, and Federal Insurance Contribution Act taxes) of approximately $423,635.48 due and owing by him to the United States of America on taxable wages paid by defendant's company, Mirage Cleaning Services, Inc. and formerly US Cleaning, Inc. to its employee laborers of approximately $2,768,859.34 for the period January 2004 through December 2007.

In violation of 26 U.S.C. § 7201.

_____
ANTHONY SPRINGER
Deputy Criminal Chief